**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

KEROLLES DOUS MILAD NASIF                    CIVIL ACTION NO. 25-2130

VERSUS                                                       JUDGE S. MAURICE HICKS, JR.

BRIAN ACUNA, ET AL.                                MAGISTRATE JUDGE MCCLUSKY

**ORDER**

Considering the foregoing Voluntary Motion to Dismiss (Record Document 12) filed

by Petitioner Kerolles Dous Milad Nasif,

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of February,

2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT